1048

[No. 33657-0-II.   Division Two.   November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WOODY JAMES MADSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00934-1, Brian M. Tollefson, J., entered August 5, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J.; Quinn-Brintnall, J., concurring in the result only.

[No. 33702-9-II.   Division Two.   November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT M. CHICANO, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00016-6, David E. Foscue, J., entered July 29, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Penoyar, JJ.

[No. 33723-1-II.   Division Two.   November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LORI DAWN HEATHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00314-8, Ronald E. Culpepper, J., entered August 5, 2005. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 33727-4-II.   Division Two.   November 14, 2006.]

INTERSTATE BRANDS CORPORATION, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-14932-6, Vicki L. Hogan, J., entered August 5, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.